# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------
                            :
JOETTE PAULONE,              :
                            :
          Plaintiff,    :
                            :
    vs.                  :     CASE NO. WDQ-09-2007
                            :
CITY OF FREDERICK, ET AL.,  :
                            :
         Defendants.   :
                            :
------------------------------

Friday July 9, 2010

Deposition of

JOETTE PAULONE,

the Plaintiff, called for examination by counsel for

the Defendants, pursuant to Notice, at 31 West Patrick

Street, Suite 120, Frederick, Maryland 21701,

commencing at 9:23 a.m., there being present on behalf

of the respective parties:

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

FORM CSR-LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

2

ON BEHALF OF THE PLAINTIFF:

    LISA TRAIL, ESQUIRE
    LAURA VENEZIA, ESQUIRE
    Conklyn and Associates
    31 West Patrick Street
    Suite 120
    Frederick, Maryland  21701

ON BEHALF OF THE DEFENDANT - BOARD OF COUNTY
COMMISSIONERS:

    DANIEL KARP, ESQUIRE
    Karpinski, Colaresi & Karp, P.A.
    Suite 1850
    120 East Baltimore Street
    Baltimore, Maryland  21202-1605

ON BEHALF OF THE DEFENDANT - STATE OF MARYLAND:

    SUSAN HOWE BARON, ESQUIRE
    Department of Public Safety and
      Correctional Services
    6776 Reisterstown Road
    Suite 313
    Baltimore, Maryland  21215

ALSO PRESENT:  Mindy Lanie, Andrea Smith, Chris
Leighton

REPORTED BY:   CHRIS HOFER, NOTARY PUBLIC

                    — — —

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

FORM CSR - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

59

1  me out of the cell to look for the TTY and they got it

2  out of the cabinet where it was that it was still in

3  the box.  And, you know, upon opening the box I

4  immediately realized that it wasn't charged enough.

5       And so we plugged it in at that point and I

6  was taken back to my cell.  And after two or three

7  hours, or you know, about that amount of time, I felt

8  that the phone had had enough, or the TTY rather had

9  had enough time to charge and so they did bring me back

10  to try to use it.  But when I got back there, I found

11  that the plug had been, or that the TTY had been

12  unplugged.

13       I still attempted to call my house-mate, more

14  than once.  It was about I'd say four in the morning

15  and my house-mate was starting to get worried.  She

16  figured that the phone going off was probably me.  And

17  apparently she responded and, you know, said "hello, go

18  ahead."  She responded three times but there just

19  wasn't enough charge in the TTY for it to, you know,

20  provide the communication access.

21       Q    Did you write a note for one of the

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.   800-626-6313

60

1    corrections officers that said that the person who you

2    were trying to reach was deaf and that if she was

3    asleep she would not know you were trying to call?

4         A    No, actually she has a light that's attached

5    to the phone that when the phone rings the light goes

6    on and off so she, you know, she has that sort of

7    access.  And if she noticed the light going off then

8    she would of course get up and answer the phone.  So I

9    don't think that that would be any sort of excuse.  She

10   would have responded because the light would have woken

11   her up.

12        Q    How do you know the light would have woken

13   her up?

14        A    Well, Virginia told me as much.  That's

15   exactly what she told me.

16        Q    What time did she say she was awakened?

17        A    Well, she did say that it was rather early in

18   the morning.  I would have to look but I believe that

19   it was somewhere in the vicinity of 4:00.

20        Q    Do you know why the TTY device would have not

21   worked by simply being plugged into the wall?

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

61

1       A     Well, typically when a TTY hasn't been used

2 before it requires up to eight hours of being plugged

3 in to actually charge the battery within the TTY.  And

4 this one that they had was plugged in for less than

5 three hours and I don't know the exact amount of time

6 because it had been unplugged.

7       I had enough charge to send it because she

8 told me that, you know, the ringer caused the light to

9 go off and she got up and responded.  And she told me

10 she said, "hello, hello, hello" but there wasn't enough

11 charge in it for me to get that.

12       Q     How do you know that this device did not work

13 alternatively in charge or battery mode and direct

14 plugin mode?

15       A     Well, honestly, I, well you know that's an

16 interesting question.  I'm not a technicological

17 wizard, generally speaking, but I have many, many years

18 experience of using TTYs.  And typically for a regular

19 TTY it requires a charge.  It requires to be plugged in

20 for a decent length of time before there's enough

21 charge to actually power the machine.

62

1        So while I might not be technicologically

2    savvy with other things, I have years experience with

3    TTYs.  And it's interesting because at this point in

4    time, 99.9 percent of the deaf community uses video

5    phones.  People don't really use TTYs anymore.  But my

6    roommate's kind of old, well I probably say shouldn't

7    old, maybe elderly.  And she prefers to use a TTY.

8        She prefers to keep it because a TTY actually

9    has a paper printout which gives you a record of your

10   conversation and I realized exactly how important that

11   is because I do have a record of our conversation.

12      Q    Conversation?

13          THE INTERPRETER:  Interpreter clarification:

14   a record of that call.

15          BY MR. KARP:

16      Q    What is Exhibit 3?

17      A    What is that?  Oh, that's, that is the paper

18   from the TTY from the, well that is the record of my

19   call to her while I refer to her as Virginia I do

20   typically call her Ginny and she refers to herself as

21   Ginny.  So that's what you're seeing on the paper.


                    HUNT REPORTING COMPANY
            Court Reporting and Litigation Support
            Serving Maryland, Washington, and Virginia
                    410-766-HUNT (4868)
                    1-800-950-DEPO (3376)

63

1    She's saying "hello, this is Ginny.  Hello, this is

2    Ginny."  And, you're right, I mean I don't totally

3    understand how a TTY works but she would have received

4    the call but not received my responses or that there

5    wasn't enough power for me to see that she was

6    responding to her and then be able to respond myself.

7         Q    Is it the case that, based on this document,

8    you believe your calls went through three times?

9         A    Right.  It does look like there was three

10   calls consecutively.  But I don't remember the exact

11   amount of time.  I remember that I came back to the TTY

12   at least three times to attempt the call because they

13   had unplugged it and so I plugged it back in to get

14   more charge in the TTY but, right, it was during a

15   short amount of time.  I don't remember.

16            But I see that the time stamps are here and

17   that after several failed attempts because there wasn't

18   enough charge that, finally, you know, we see that

19   there were, that it got through.  And, you know, from

20   what the receipt for lack of a better time, what it

21   looks like is you can see three different time stamps

FORM CSR - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313

64

1     on there so it's obvious that I attempted calling three

2     times.

3         Q     Let's call it a receipt.  Is this your

4     handwritten material on it?

5         A     Right, no that's actually Ginny or Virginia's

6     handwriting.

7         Q     Is she the one who wrote "actually should

8     read 8/1/08"?

9         A     Yes, well I do know her handwriting and that

10     looks like her handwriting.

11         Q     Do you have the original of this receipt?

12         A     Right, and she typically calls me Jo, so yeah

13     Jo's copy.  That would be her.  Yes, I do have the

14     original.  Yeah, it's in a file.

15         Q     Do you have the receipt for the previous day?

16         MS. TRAIL:  You mean the day previous to the

17     receipt that you see here?

18         BY MR. KARP:

19     Q     Yes.

20     A     No, I just have this.

21     Q     What's the basis for your belief that this

FORM CSR - LASER   REPORTERS PAPER & MFG. CO.  800-626-6313

65

1   receipt relates to August 1 rather than August 2?

2        A    You're right.  It is on there wrong.  There's

3   something wrong with the machine.  The computer itself

4   printed it out for the wrong date but that was from,

5   because it went overnight from July 31st to August 1st

6   so it should say August 1st.  The paper printout date

7   is wrong.

8        Q    Well, how do you know that?

9        A    You know, we'd have to ask Ginny 'cause it's

10  her TTY.  She's more familiar with it.

11       Q    Is there any other documentary evidence of

12  your attempted TTY calls, as far as you know?

13       A    No.  I wish we had a VP there that night so I

14  could have made the call successfully.  But then we

15  tried the pager, we were looking for the pager and that

16  didn't work out either.  It was incredibly frustrating

17  that night.  You, no, go ahead.

18       Q    Explain to me, if you can, how this device at

19  the detention center had enough charge to allow you to

20  make three calls but not enough charge, within five

21  minutes, but not allow you to complete even a brief

HUNT REPORTING COMPANY
Court Reporting and Litigation Support
Serving Maryland, Washington, and Virginia
410-766-HUNT (4868)
1-800-950-DEPO (3376)

66

1   conversation?

2      A    Remember, as I said, it just didn't have

3   enough recharge.  It has to have a certain amount of

4   power to it and I told you before that this TTY had not

5   been used in a very long time.  It was kept in a box in

6   a cabinet in a drawer somewhere.  And so it didn't have

7   enough juice in the battery to be able to transmit to

8   make this work.

9      Q    Was it plugged in when you attempted to use

10  it?

11     A    I mean we did try to make the call and we

12  plugged it in.  It wasn't going to work.  It didn't

13  have enough umph to do it at that point and so they put

14  me back in my cell for a couple of hours in order to

15  allow it to charge except they may have unplugged it

16  right when they took me back to the cell.  I have no

17  idea because I couldn't see what was going on.  All I

18  know is I was in the cell for a couple hours.

19         When I came back, it was unplugged and we

20  tried plugging it back in to try it again.  It still

21  didn't have enough juice in the battery.


                    HUNT REPORTING COMPANY
            Court Reporting and Litigation Support
            Serving Maryland, Washington, and Virginia
                    410-766-HUNT (4868)
                    1-800-950-DEPO (3376)

FORM CSR - LASER  REPORTERS PAPER & MFG. CO.  800-626-6313